UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANAHIT MANUKYAN and STEPHEN OBENCHAIN, individually and as insureds,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign insurance company,<br><br>Defendant. | No. 2:25-cv-02331<br><br>**DECLARATION OF RYAN J. HESSELGESSER IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§1332, 1441 AND 1446**<br><br>**(REMOVED FROM KING COUNTY SUPERIOR COURT CAUSE NO. 25-2-29923-6  KNT)** |

I, Ryan J. Hesselgesser, solemnly declare as follows:

1.      I am over 18 years of age and am competent to testify to the matters contained in this declaration.  I am the attorney retained to represent Defendant State Farm Fire and Casualty Company ("State Farm") in this matter.  I submit this Declaration and the attached exhibits in support of State Farm's Notice of Removal of the Plaintiffs' state court action to this Court under 28 U.S.C. §§1332, 1441 and 1446, *et seq.*

2.      Attached hereto as **Exhibit A** is a true and correct copy of Plaintiffs' Summons and Complaint filed in King County Superior Court on or about October 10, 2025, styled as *Anahit Manukyan, et al. vs. State Farm Fire and Casualty Company*, King County Cause No. 25-2-29923-6 KNT.

Declaration of Ryan J. Hesselgesser in Support of Defendant's
Notice of Removal Pursuant to 28 U.S.C. §§1332, 1441 and 1446 – 1
Case No.:  2:25-cv-02331

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON  98101
(206) 689-8500 • (206) 689-8501 FAX

4920-3614-8346, v. 1

3.      Attached hereto as **Exhibit B** is a true and correct copy of the CSC Notice of Service showing receipt of the Complaint by State Farm from the Office of Insurance Commissioner on October 20, 2025.

4.      State Farm is a foreign company with headquarters in Bloomington, Illinois. Attached hereto as **Exhibit C** is a printout of the Washington Office of the Insurance Commissioner information page for State Farm.  State Farm's Corporate Disclosure Statement is being filed contemporaneously with the present Notice of Removal.

5.      State Farm paid the Clerk of the Court for the Western District of Washington at Seattle the $405.00 filing fee required by law.

I declare under penalty of perjury under the laws of the United States of America and State of Washington that the foregoing is true and correct.

Signed and dated this 20th day of November, 2025, at Seattle, Washington.

*s/ Ryan J. Hesselgesser*
Ryan J. Hesselgesser, WSBA #40720

Declaration of Ryan J. Hesselgesser in Support of Defendant's
Notice of Removal Pursuant to 28 U.S.C. §§1332, 1441 and 1446 – 2
Case No.:  2:25-cv-02331

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON  98101
(206) 689-8500 • (206) 689-8501 FAX

4920-3614-8346, v. 1